Judy A. McDermott
Plaintiff Pro Se
366 Hibiscus Lane
Suisun City CA 94585
707 428-6513

E-filing

FILED
JUL 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Judy A. McDermott
Plaintiff Pro Se

Plaintiff(s),

v.

John E. Potter

Defendant(s).

No. C **C08-03432** SBA

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 7-16-08

Signature: [signed] J.A. McDer...

Counsel for Pro Se
(Plaintiff, Defendant, or indicate "pro se")