Clear Form

AO 440 (Rev. 03/08)  Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF CALIFORNIA

JUDY A. MCDERMOTT )
PRO SE )
)
)
)
)
Plaintiff )
v. )    Civil Action No.
JOHN E POTTER )
POSTMASTER GENERAL )    C08-03432
)
)
Defendant )

E-filing

ADR
SBA

### Summons in a Civil Action

To:  John E. Potter, PMG, Michael B. Mukasey, Attorney General,  Joseph P. Russoniello, NDC AG

*(Defendant's name)*

A lawsuit has been filed against you.

Within  60_  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

JUDY MCDERMOTT
PLAINTIFF, PRO SE
366 HIBISCUS LANE
SUISUN CITY CA 94585
707/428-6513

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

CYNTHIA LENAHAN

Date:  July 16, 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*