Judy McDermott
366 Hibiscus Lane
Suisun City CA 94585-3813
707/428-6513
Pro Se

E-filing

FILED
JUL 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRIT OF CALIFORNIA

JUDY A. MCDERMOTT,        )
    Plaintiff, Pro Se   )
                          )
V.                        )   CIVIL CASE NO:
                          )
JOHN E. POTTER,           )   C08-03432 SBA
                          )   ADR
U.S. POSTMASTER GENERAL   )
U.S. POSTAL SERVICE       )
(CAPITAL METO AREA) AGENCY)
UNITED STATES OF AMERICA  )
    Defendant             )
_____)

**CERTIFICATE OF SERVICE**

I am a citizen of the United States, over the age of 18 years, residing at 366 Hibiscus Lane, Suisun City CA 94585

On the date of execution of this Certificate of Service, I mailed a copy of the following document(s) to the below individuals: All Court documents provided at the time this Complaint was filed on 7/16/08:

- Notice of Assignment of Case to a US Magistrate Judge for Trial
- Declination to proceed Before a Magistrate Judge – signed by Plaintiff on 12/13/07
- Dispute Resolution Procedures in the Northern District of CA
- Instructions for Completion of ADR Forms
- U.S. District Court Northern California ECF Registration Information Handbook
- Guidelines for the U.S. District Court

TO:    Joseph P. Russoniello        (via certified mail #7007 0710 0002 3254 9126)
        United States Attorney,
        Northern District of California
        C/O Civil Process Clerk

Page 1 – Certificate of Service
    **JUDY A. MCDERMOTT V JOHN E. POTTER**

450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102        415/436-7200

John Potter                    (via certified mail #7007 0710 0002 3254 9133)
Postmaster General, United States Postal Service
475 L'Enfant Plaza, SW
Washington, DC 20260           202/268-2000

Michael Mukasey                (via certified mail #7007 0710 0002 3254 9140)
Attorney General
Department of Justice
950 Pennsylvania Ave
Washington DC 20530

I certify under penalty of perjury that the above is true and correct.

DATED: July 16, 2007           MAILED BY: Judy A. McDermott
                                          366 Hibiscus Lane
                                          Suisun City, CA 94585
                                          707/428-6513

Page 2 – Certificate of Service
**JUDY A. MCDERMOTT V JOHN E. POTTER**