Judy McDermott
366 Hibiscus Lane
Suisun City CA 94585-3813
707/428-6513
Pro Se



FILED
JUL 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY A. MCDERMOTT,         ) | |
|          Plaintiff, Pro Se    ) | |
|                            ) | |
| V.                         ) | |
|                            ) | CIVIL CASE NO: **C 07-6300** SI |
| JOHN E. POTTER,            ) | (filed 12/13/07) |
|                            ) | |
| U.S. POSTMASTER GENERAL    ) | CIVIL CASE NO: C08-03432 SBA |
| U.S. POSTAL SERVICE        ) | (filed 7/16/08) |
| (CAPITAL METO AREA) AGENCY) | |
| UNITED STATES OF AMERICA   ) | **MOTION TO CONSIDER WHETHER** |
|          Defendant         ) | **RELATING CASES** |
|                            ) | |

Judge Susan Illston
%Clerk's Office
450 Golden Gate Ave, 16th Floor
San Francisco CA 94102

Judge Saundra Armstrong
%Clerk's Office
1301 Clay Street, Suite 400 South
Oakland CA 94612

Honorable Judge Illston:
Honorable Judge Armstrong:

Plaintiff, Judy A. McDermott, has filed twenty EEO discrimination complaints from 1998-2007, while employed as a United States Postal Inspector.

In an August 2004 EEOC Hearing, EEO complaints #1-7 were heard at the SF EEOC before EEOC Administrative Law Judge David Kelley. On 11/30/06 AJ Kelley issued a Memorandum Opinion and Order (MOO) in which the Agency was found liable for

**Page 1 – MOTION TO RELATE CASES**
**C 07-6300** SI
**C-08 03432 SBA**

JUDY A. MCDERMOTT V JOHN E. POTTER

discrimination, harassment, retaliation and a sexually Hostile Work Environment on-going for years. A damages hearing was held in November 2007 and March 2008 and Plaintiff is awaiting a written ruling.

Plaintiff's EEO complaints # 8-9 were dismissed. All other EEO complaints filed by Plaintiff (#10-20) were pending at some stage of the EEO process. Plaintiff's EEO complaint #15 was dismissed by the EEOC Office of Federal Operations and a Civil Complaint was filed within 90 days by Plaintiff on December 13, 2007 (Agency 66-000-0037-06/C07-6300 SI).

Subsequently, several more of Plaintiff's EEO complaints were dismissed with 90 days to file a Civil Action, while several other EEO complaints were still pending at the EEOC hearing stage. Plaintiff timely filed a Civil Complaint consolidating all EEO complaints #10-20 on July 16, 2008 (C08-03432 SBA).

All EEO complaints filed by Plaintiff alleged an on-going pattern of discrimination, harassment, retaliation and a HWE, condoned by the Agency for over 10 years. The actions concern substantially the same parties and it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges. The cases involved must be viewed in "the totality of the circumstances."

Allegations in EEO Complaint #15 (Civil Complaint C-07-06300) were included in the Civil Complaint filed for EEO complaints #10-20 (C08-03432 SBA) to support the on-going pattern of illegal conduct by the Agency. For this reason, Plaintiff believes these cases should be found to be Related.

Plaintiff requests an Order relating the two Civil Complaints as materially relevant to each other.

DATED: July 16, 2008

JUDY A. MCDERMOTT,
PLAINTIFF, PRO SE
366 Hibiscus Lane
Suisun City CA 94585
707/428-6513

Page 2 – MOTION TO RELATE CASES
C 07-6300 SI
C-08 03432 SBA

JUDY A. MCDERMOTT V JOHN E. POTTER

## (PROPOSED) MOTION TO CONSIDER RELATING CASES

The MOTION TO CONSIDER RELATING CASES and Proposed Order is hereby adopted by the Court and the parties are ordered to comply with this Order.

Dated:  July _____, 2008

Susan Illston
UNITED STATES DISTRICT JUDGE

Page 3 – MOTION TO RELATE CASES
C 07-6300 SI
C-08 03432 SBA

JUDY A. MCDERMOTT V JOHN E. POTTER

## CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of 18 years, residing at 366 Hibiscus Lane, Suisun City CA 94585

On the date of execution of this Certificate of Service, I mailed a copy of the following document(s) to the below individuals
- Motion to Consider whether Cases Should be Related and Proposed Order

TO:   Joseph P. Russoniello                (via certified mail #7007 0710 0002 3254 9126)
United States Attorney,
Abraham A. Simmons, AUSA
Northern District of California
C/O Civil Process Clerk
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102       415/436-7200

John Potter                                  (via certified mail #7007 0710 0002 3254 9133)
Postmaster General, United States Postal Service
475 L'Enfant Plaza, SW
Washington, DC 20260       202/268-2000

Michael Mukasey                         (via certified mail #7007 0710 0002 3254 9140)
Attorney General
Department of Justice
950 Pennsylvania Ave
Washington DC 20530

Copies to the Court: Judge Susan Illston, San Francisco District Court
Judge Saundra Armstrong, Oakland District Court
via First Class Mail

I certify under penalty of perjury that the above is true and correct.

DATED: July 16, 2007         MAILED BY:  Judy A. McDermott
366 Hibiscus Lane
Suisun City, CA 94585
707/428-6513

Page 4 – MOTION TO RELATE CASES
C 07-6300 SI
C-08 03432 SBA

JUDY A. MCDERMOTT V JOHN E. POTTER

JUDY MCDERMOTT
366 HIBISCUS LANE
SUISUN CITY CA 94585



U.S. POSTAGE PAID
SUISUN CITY, CA
94585
JUL 16, '08
AMOUNT
$1.34
00040942-08

FIRST CLASS

U.S. District Court
ND CA
1301 Clay Street #400 S.
Oakland CA 94612

