Case 3:08-cv-03432-SI   Document 7   Filed 07/17/2008   Page 1 of 2

Judy McDermott
366 Hibiscus Lane
Suisun City CA 94585-3813
707/428-6513
Pro Se



FILED
JUL 1 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRIT OF CALIFORNIA

| | |
|---|---|
| JUDY A. MCDERMOTT,<br>    Plaintiff, Pro Se<br><br>V.<br><br>JOHN E. POTTER,<br><br>U.S. POSTMASTER GENERAL<br>U.S. POSTAL SERVICE<br>(CAPITAL METO AREA) AGENCY)<br>UNITED STATES OF AMERICA<br>    Defendant | CIVIL CASE NO: C08-03432 SBA |

### AMENDED CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of 18 years, residing at 366 Hibiscus Lane, Suisun City CA 94585

On the date of execution of this Certificate of Service, I mailed a copy of the following document(s) to the below individuals: All Court documents provided at the time this Complaint was filed on 7/16/08:

- Order Setting Initial Case Management Conference and ADR Deadlines
- Declination to proceed Before a Magistrate Judge – signed by Plaintiff on 7/16/08
- Dispute Resolution Procedures in the Northern District of CA
- Instructions for Completion of ADR Forms
- U.S. District Court Northern California ECF Registration Information Handbook
- Notice of Availability of Magistrate Judge to Exercise Jurisdiction
- Consenting to a Magistrate Judge's Jurisdiction in the ND of CA
- Initial Certificate of Service for Court documents from Clerk dated 11/16/08
- This Amended Certificate of Service w/ corrected court provided documents dated 7/16/08

Page 1 – AMENDED Certificate of Service
C-08 03432 SBA

                                        JUDY A. MCDERMOTT V JOHN E. POTTER

TO:  Joseph P. Russoniello        (via certified mail #7007 0710 0002 3254 9126)
     United States Attorney,
     Northern District of California
     C/O Civil Process Clerk
     450 Golden Gate Avenue
     Box 36055
     San Francisco, CA 94102      415/436-7200

     John Potter                  (via certified mail #7007 0710 0002 3254 9133)
     Postmaster General, United States Postal Service
     475 L'Enfant Plaza, SW
     Washington, DC 20260         202/268-2000

     Michael Mukasey              (via certified mail #7007 0710 0002 3254 9140)
     Attorney General
     Department of Justice
     950 Pennsylvania Ave
     Washington DC 20530

I certify under penalty of perjury that the above is true and correct.

DATED: July 16, 2007          MAILED BY: Judy A. McDermott
                                         366 Hibiscus Lane
                                         Suisun City, CA 94585
                                         707/428-6513

**Page 2 – AMENDED Certificate of Service**
C-08 03432 SBA

**JUDY A. MCDERMOTT V JOHN E. POTTER**