Judy McDermott
366 Hibiscus Lane
Suisun City CA 94585-3813
707/428-6513
Pro Se



# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRIT OF CALIFORNIA

| | |
|---|---|
| JUDY A. MCDERMOTT,          )<br>          Plaintiff, Pro Se   )<br>                               )<br>V.                             )<br>                               )<br>JOHN E. POTTER,              )<br>                               )<br>U.S. POSTMASTER GENERAL )<br>U.S. POSTAL SERVICE          )<br>(CAPITAL METO AREA) AGENCY)<br>UNITED STATES OF AMERICA  )<br>          Defendant           )<br>_____) | CIVIL CASE NO: C08-03432 SBA |

## PROOF OF SERVICE

I am a citizen of the United States, over the age of 18 years, residing at 366 Hibiscus Lane, Suisun City CA 94585.

Enclosed is the certified return receipt showing proof of service of the following documents mailed on **7/16/08 (corrected year)** via certified mail to the below listed individuals.

- Complaint dated 7/16/08
- Summons dated 7/16/08
- Order Setting Initial Case Management Conference and ADR Deadlines
- Declination to proceed Before a Magistrate Judge – signed by Plaintiff on 7/16/08
- Dispute Resolution Procedures in the Northern District of CA
- Instructions for Completion of ADR Forms
- U.S. District Court Northern California ECF Registration Information Handbook
- Notice of Availability of Magistrate Judge to Exercise Jurisdiction
- Consenting to a Magistrate Judge's Jurisdiction in the ND of CA

Page 1 – PROOF OF SERVICE
COMPLAINT, SUMMONS, COURT DOCUSMENTS
MOTION TO JOIN CIVIL CASES
DELCINE MAGISTRATE JUDGE
C-08 03432 SBA

                                        JUDY A. MCDERMOTT V JOHN E. POTTER

- Initial Certificate of Service for Court documents from Clerk dated 11/16/08
- Amended Certificate of Service w/ corrected court provided documents dated 7/16/08
- Motion to Join Cases C07 06300 SI and C-0803432 SBA sent to Oakland and SF District Courts ( with copy to Abraham Simmons AUSA) 450 Golden Gate Avenue Box 36055, SF CA94102)

Also enclosed to the Attorney of record with this Proof of Service are copies of the Court Stamped Motion to Join Cases from Oakland and SF District Courts.

TO:   Joseph P. Russoniello              (via certified mail #7007 0710 0002 3254 9126)
      United States Attorney,
      Northern District of California
      C/O Civil Process Clerk
      450 Golden Gate Avenue
      Box 36055
      San Francisco, CA 94102       415/436-7200

      John Potter                           (via certified mail #7007 0710 0002 3254 9133)
      Postmaster General, United States Postal Service
      475 L'Enfant Plaza, SW
      Washington, DC 20260          202/268-2000

      Michael Mukasey                   (via certified mail#7007 0710 0002 3254 9140)
      Attorney General
      Department of Justice
      950 Pennsylvania Ave
      Washington DC 20530

I certify under penalty of perjury that the above is true and correct and copy of this letter mailed on 7/23/08 via First Class mail to the Attorney of record.

DATED: July 23, 2008             MAILED BY:   Judy A. McDermott
                                              366 Hibiscus Lane
                                              Suisun City, CA 94585
                                              707/428-6513


**ATTACHMENT**
1. Copy of certified return receipts to the above 3 addresses

**Page 2 – PROOF OF SERVICE
COMPLAINT, SUMMONS, COURT DOCUSMENTS
MOTION TO JOIN CIVIL CASES
DELCINE MAGISTRATE JUDGE
C-08 03432 SBA**

                                    JUDY A. MCDERMOTT V JOHN E. POTTER

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Joseph Russoniello
US Attorney, NDC
c/o Civil Process Clerk
450 Golden Gate
Box 36055
San Francisco, CA 94102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
T. Q Li Jang                     7-17-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7007 0710 0002 3254 9126

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Mukasey
Attorney General
Dept. of Justice
950 Pennsylvania Ave
Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature _____  ☐ Agent  ☐ Addressee
X

B. Received by (Printed Name)   C. Date of Delivery
                                 JUL 18 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7007 0710 0002 3254 9140

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Potter PMG
475 L'Enfant Plaza SW
Washington DC 20260

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X M. Doss                        ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
M. Doss                          7-18-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7007 0710 0002 3254 9133

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540