Judy McDermott
366 Hibiscus Lane
Suisun City CA 94585-3813
707/428-6513
Pro Se

FILED
08 JUL 24 PM 12: 45
RICHARD W. WIEKING
U.S. DISTRICT COURT
N.D. OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRIT OF CALIFORNIA

| | |
|---|---|
| JUDY A. MCDERMOTT, ) | |
| Plaintiff, Pro Se ) | |
| ) | |
| V. ) | CIVIL CASE NO: C08-03432 SBA |
| ) | |
| JOHN E. POTTER, ) | |
| ) | |
| U.S. POSTMASTER GENERAL ) | |
| U.S. POSTAL SERVICE ) | |
| (CAPITAL METO AREA) AGENCY) | |
| UNITED STATES OF AMERICA ) | |
| Defendant ) | |
| _____ ) | |

## PROOF OF SERVICE

I am a citizen of the United States, over the age of 18 years, residing at 366 Hibiscus Lane, Suisun City CA 94585.

Enclosed is the certified return receipt showing proof of service of the following documents mailed on **7/16/08 (corrected year)** via certified mail to the below listed individuals.

- Complaint dated 7/16/08
- Summons dated 7/16/08
- Order Setting Initial Case Management Conference and ADR Deadlines
- Declination to proceed Before a Magistrate Judge – signed by Plaintiff on 7/16/08
- Dispute Resolution Procedures in the Northern District of CA
- Instructions for Completion of ADR Forms
- U.S. District Court Northern California ECF Registration Information Handbook
- Notice of Availability of Magistrate Judge to Exercise Jurisdiction
- Consenting to a Magistrate Judge's Jurisdiction in the ND of CA

Page 1 – PROOF OF SERVICE
COMPLAINT, SUMMONS, COURT DOCUSMENTS
MOTION TO JOIN CIVIL CASES
DELCINE MAGISTRATE JUDGE
C-08 03432 SBA

JUDY A. MCDERMOTT V JOHN E. POTTER

- Initial Certificate of Service for Court documents from Clerk dated 11/16/08
- Amended Certificate of Service w/ corrected court provided documents dated 7/16/08
- Motion to Join Cases C07 06300 SI and C-0803432 SBA sent to Oakland and SF District Courts ( with copy to Abraham Simmons AUSA) 450 Golden Gate Avenue Box 36055, SF CA94102)

Also enclosed to the Attorney of record with this Proof of Service are copies of the Court Stamped Motion to Join Cases from Oakland and SF District Courts.

TO: Joseph P. Russoniello          (via certified mail #7007 0710 0002 3254 9126)
United States Attorney,
Northern District of California
C/O Civil Process Clerk
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102     415/436-7200

John Potter          (via certified mail #7007 0710 0002 3254 9133)
Postmaster General, United States Postal Service
475 L'Enfant Plaza, SW
Washington, DC 20260     202/268-2000

Michael Mukasey          (via certified mail#7007 0710 0002 3254 9140)
Attorney General
Department of Justice
950 Pennsylvania Ave
Washington DC 20530

I certify under penalty of perjury that the above is true and correct and copy of this letter mailed on 7/23/08 via First Class mail to the Attorney of record.

DATED: July 23, 2008          MAILED BY: Judy A. McDermott     7/23/08
366 Hibiscus Lane
Suisun City, CA 94585
707/428-6513

**ATTACHMENT**
1. Copy of certified return receipts to the above 3 addresses

**Page 2 – PROOF OF SERVICE**
**COMPLAINT, SUMMONS, COURT DOCUSMENTS**
**MOTION TO JOIN CIVIL CASES**
**DELCINE MAGISTRATE JUDGE**
**C-08 03432 SBA**

                                                                **JUDY A. MCDERMOTT V JOHN E. POTTER**

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent   ☐ Addressee

B. Received by (Printed Name): FIUIJan
C. Date of Delivery: 7-17-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:
Joseph Russoniello
US Attorney, NDC
c/o Civil Process Clerk
450 Golden Gate
Box 36055
San Francisco CA 94102

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0002 3254 9126

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: [signature]
X    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: JUL 18 2008

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:
Michael Mukasey
Attorney General
Dept. of Justice
950 Pennsylvania Ave
Washington DC 20530

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0002 3254 9140

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X M. [signature]   ☒ Agent   ☐ Addressee

B. Received by (Printed Name): M. Ross
C. Date of Delivery: 7-18-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:
John Potter PMG
475 L'Enfant Plaza SW
Washington DC 20260

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0002 3254 9133

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540