Judy McDermott
366 Hibiscus Lane
Suisun City CA 94585-3813
707/428-6513
Pro Se



UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRIT OF CALIFORNIA

| | |
|---|---|
| JUDY A. MCDERMOTT,  )<br>  Plaintiff, Pro Se  )<br>  )<br>V.  )<br>  )<br>JOHN E. POTTER,  )<br>  )<br>U.S. POSTMASTER GENERAL  )<br>U.S. POSTAL SERVICE  )<br>(CAPITAL METO AREA) AGENCY)<br>UNITED STATES OF AMERICA  )<br>  Defendant  )<br>_____  ) | CIVIL CASE NO: C08-03432 SBA<br>(filed 7/16/08)<br><br>**DISCLOSURE OF NON-PARTY**<br>**INTERESTED ENTITIES OR PERSONS**<br><br>**July 28, 2008** |

As Required in the Standing Order For All Judges of the Northern District Of California, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT, Plaintiff states that the only parties she is aware that has any interest in this case in addition to herself are the following:

JOSEPH P. RUSSONIELLO
United States Attorney,
Northern District of California
450 Golden Gate Avenue, 9th Floor
Box 36055
San Francisco, CA 94102      415/436-7264

JOHN POTTER
Postmaster General
United States Postal Service
475 L'Enfant Plaza, SW
Washington, DC 20260      202/268-2000

**Page 1 – DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

   C-08 03432 SBA
   JUDY A. MCDERMOTT V JOHN E. POTTER

MICHAEL MUKASY
Attorney General
Department of Justice
950 Pennsylvania Ave
Washington DC 20530

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is a citizen of the United States, over the age of 18 years, residing at 366 Hibiscus Lane, Suisun City CA 94585. The undersigned further certifies that she is causing a copy of:

**DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

to be served by **FIRST CLASS MAIL on July 28, 2008**, by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail at the Suisun Main Post office to following party as follows:

JOSEPH P. RUSSONIELLO
United States Attorney
Northern District of California
C/O Civil Process Clerk
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102       415/436-7264

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**DATED:** July 28, 2008

**MAILED BY:** Judy McDermott,
Plaintiff Pro Se
366 Hibiscus Lane
Suisun CA 94585
707/428-6513

**Page 2** – DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

C-08 03432 SBA
JUDY A. MCDERMOTT V JOHN E. POTTER



OAKLAND CA
28 JUL 2008

US District Ct
Clerks Office #400 S
1301 Clay St
Oakland CA
94612

JUDY MCDERMOTT
366 HIBISCUS LANE
SUISUN CITY CA 94585

Case 3:08-cv-03432-SI   Document 10   Filed 07/29/2008   Page 4 of 4