Judy McDermott
366 Hibiscus Lane
Suisun City CA 94585-3813
707/428-6513
Plaintiff, Pro Se



UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRIT OF CALIFORNIA

| | |
|---|---|
| JUDY A. MCDERMOTT,          ) | |
|     Plaintiff, Pro Se  ) | |
| )  | |
| V.                          ) | |
| )  | |
| JOHN E. POTTER,             ) | |
| )  | |
| U.S. POSTMASTER GENERAL     ) | CIVIL CASE NO: C08-03432 SI |
| U.S. POSTAL SERVICE         ) | (filed 7/16/08) |
| (CAPITAL METO AREA) AGENCY) | |
| UNITED STATES OF AMERICA    ) | **ORDER RELATING CASES, NOTICE &** |
|     Defendant ) | **CASE MANAGEMENT CONFERENCE** |
| )  | **ORDER, CERTIFICATE. OF SERVICE** |
| | **August 11, 2008** |

The following documents were mailed to the relevant parties listed below:

A RELATED CASE ORDER for cases C08-03432 SBA AND C07-06300 SI which was signed by Judge Susan Illston on August 1, 2008 and NOTICE OF MANAGEMENT CONFERENCE & CASE MANAGEMENT CONFERENCE ORDER FILED 8/1/08 AND CERTIFICATE OF SERVICE.

    JOSEPH P. RUSSONIELLO
    United States Attorney, Northern District of CA
        AND
    ABRAHAM SIMMONS
    AUSA, Northern District of California
    450 Golden Gate Avenue, 9th Floor
    Box 36055
    San Francisco, CA 94102    415/436-7264

**Page 1 –Related Case Order, Notice, Notice and Case management Conference Order & Certificate of Service**
    C-08 03432 SI & C-07 06300 SI
    JUDY A. MCDERMOTT V JOHN E. POTTER

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is a citizen of the United States, over the age of 18 years, residing at 366 Hibiscus Lane, Suisun City CA 94585. The undersigned further certifies that she is causing a copy of:

**RELATED CASE ORDER, NOTICE OF MANAGEMENT CONFERENCE AND CASE MANAGEMENT CONFERENCE ORDER AND CERTIFICATE OF SERVICE,**

to be served by certified mail **on August 11, 2008**, by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail at the Suisun City Main Post Office to following party as follows:

> JOSEPH P. RUSSONIELLO   (CERTIFIED #7007 0710 0002 3254 9157)
> United States Attorney
> Northern District of California
>     and
> Abraham Simmons, AUSA
> C/O Civil Process Clerk
> 450 Golden Gate Avenue
> Box 36055
> San Francisco, CA 94102        415/436-7264

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: August 11, 2008

MAILED BY: Judy McDermott,
Plaintiff, Pro Se
366 Hibiscus Lane
Suisun CA 94585
707/428-6513

**Page 2 –Related Case Order, Notice, Notice and Case management Conference Order & Certificate of Service**
   C-08 03432 SI & C-07 06300 SI
   JUDY A. MCDERMOTT V JOHN E. POTTER