JUDY MCDERMOTT
PRO SE, PLAINTIFF
366 HIBISCUS LANE
SUISUN CITY CA 94585
707/428-6513

FILED
08 AUG 19 PM 12: 30

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

JUDY A. MCDERMOTT,           )   CIVIL CASE NO: **C07-6300 SI**
        Plaintiff, Pro Se    )                  **C08-03432 SI**
V.                           )
                             )
JOHN E. POTTER,              )   **PLAINTIFF'S REQUEST FOR**
U.S. POSTMASTER GENERAL      )   **PRESERVATION OF EVIDENCE**
        Defendant            )
_____)

August 18, 2008

Mr. Abraham Simmons
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102

Mr. Simmons:

In response to our Status Conference with Judge Illston on August 15, 2008, regarding preservation of evidence by the Agency, I am enclosing the Document requests I previously submitted to the Agency during the Administrative processing of my EEO complaints. In some of the EEO complaints I filed, I did not file any Discovery Requests, so herein I am listing those documents and records that I believe are relevant to those EEO complaints, which I am requesting the Agency also preserve. As indicated by Judge Illston,

1

your request to the Agency for preservation of evidence should be more broad than not to preserve all possible relevant evidence.

I am also enclosing additional documents and records requests which I believe relevant to my case which I would like the Agency to preserve, many of which I previously requested via FOI requests, and/or through letters to the Agency. The Agency was on notice early on to preserve relevant documents and records.

The attached documents are informal requests provided to you at this time in order to allow the Agency to preserve evidence for trial. My formal requests for Discovery documents will be made at a later date. Enclosed are the following documents:

**Requests for Preservation of Documents from Prior EEO Discovery Requests**
1)   EEO 10/11   12/15/04   Document request #1-29   (10 pgs)
2)   EEO 12      12/03/05   Document request #1-30   (8 pgs)
3)   EEO 14      11/20/06   Document request #1-24   (8 pgs)
4)   EEO 14      12/26/06   2nd Document request #1-5   (2 pgs)
5)   EEO 16      06/12/07   Document request #1-26   (7 pgs)
6)   EEO 16      08/16/07   2nd Document request -   (3 pgs)
7)   EEO 18      08/30/07   Document request #1-23   (6 pgs)
8)   EEO 19      04/25/08   Document request #1-30   (8 pgs)

**FOI Requests Previously submitted by Plaintiff**
9)    05/20/05    Deposition & Costs/IAD documents           (1 pg)
10)   04/07/07    Quan Howard/Dr. Farid documents            (2 pgs)
11)   05/24/07    EEOs filed in SF/Post Surveys              (3 pgs)
12)   07/13/07    Atkins Benefits upon retirement            (2 pgs)
13)   07/13/07    Release of Medical/Agency Investigation    (2 pgs)
14)   05/24/07    Atkins/Post/Johnson: Computer/Investigation (2 pgs)
15)   10/24/07    Pre-retirement training                    (2 pgs)

**Misc.**
16)   Letter dated 9/24/07 requesting documents of the Agency's   (1 pg)
      response to Plaintiff's appeal/reconsideration to the OFO
      on the dismissal of EEO #15.
17)   Letter dated 10/24/07 requesting documents of the Agency's  (2 pgs)

2

C07 06300 SI & C0803432 SI                    JUDY A. MCDERMOTT v. JOHN POTTER
Plaintiff Preservation of Evidence Letter; Certificate of Service

response to Plaintiff's appeal/reconsideration to the OFO on the dismissal of this EEO #15.

18  List of addition Documents and Records to preserve  (11 pgs)

If you have any questions about the Document requests, or need clarification, please feel free to contact me.

Judy McDermott
Plaintiff, Pro Se
366 Hibiscus Lane
Suisun CA 94585
707/428-6513

## CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of 18 years, residing at 366 Hibiscus Lane, Suisun City CA 94585. I certify that I mailed Plaintiff's REQUEST FOR PRESERVATION OF EVIDENCE AND ATTACHMENTS," dated August 18, 2008, and Certificate of Service to the listed party(s) below, mailed in a mail receptacle at Suisun City MPO via Certified Priority Mail:

TO:  Abraham Simmons          (Mailed Certified: 7007 1490 0003 2783 4065)
     Assistant United States Attorney
     Northern District of California
     C/O Civil Process Clerk
     450 Golden Gate Avenue
     Box 36055
     San Francisco, CA 94102      415/436-7200

I certify under penalty of perjury that the above is true and correct.

Date: August 18, 2008

JUDY A. MCDERMOTT
PLAINTIFF, PRO SE
366 Hibiscus Lane
Suisun City CA 94585
707/428-6513

3

C07 06300 SI & C0803432 SI                    JUDY A. MCDERMOTT v. JOHN POTTER
Plaintiff Preservation of Evidence Letter; Certificate of Service