IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY A. McDERMOTT,<br><br>            Plaintiff,<br>  v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>            Defendant.<br>                                          / | No. C 08-03432 SI<br>Related Case: No. 07-6300 SI<br><br>**ORDER DENYING PLAINTIFF'S DISCOVERY REQUEST WITHOUT PREJUDICE**<br>**[Docket No. 73]** |

Plaintiff has recently filed a discovery motion. It appears that plaintiff filed this request without first meeting and conferring with opposing counsel. Local Civil Rule 37-1 provides that the Court "will not entertain a request or a motion to resolve a disclosure or discovery dispute unless, pursuant to Fed. R. Civ. P. 37, counsel have previously conferred for the purpose of attempting to resolve all disputed issues." *See* Civ. Local R. 37. To "'meet and confer' or 'confer' means to communicate directly and discuss in good faith the issue(s) required under the particular Rule or order . . . . [S]uch communication may take place by telephone. The mere sending of a written, electronic, or voice-mail communication, however, does not satisfy a requirement to 'meet and confer' or to 'confer.' Rather, this requirement can be satisfied only through direct dialogue and discussion – **either in a face to face meeting or in a telephone conversation**." *See* Civ. Local R. 1-5(n) (emphasis added). Plaintiff is also notified that per this Court's Standing Order, discovery disputes are not noticed for oral argument.

Accordingly, plaintiff's discovery request [Docket No. 73] is DENIED without prejudice. Plaintiff may renew her request if, after complying with the meet and confer requirement, she is unable to resolve this matter with opposing counsel.

**IT IS SO ORDERED.**

Dated: June 6, 2009

                                                            SUSAN ILLSTON
                                                            United States District Judge