**United States District Court**
For the Northern District of California

1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8  JUDY A. McDERMOTT,                          No. C 08-03432 SI
                                               Related Case: No. 07-6300 SI
9          Plaintiff,
                                               **ORDER GRANTING PLAINTIFF'S**
10    v.                                       **DISCOVERY REQUEST**
                                               **[Docket No. 90]**
11  JOHN E. POTTER, Postmaster General,
12         Defendant.
                                         /
13

14         On July 20, 2009, plaintiff filed a motion to compel.  Plaintiff seeks an order compelling

15  defendant to provide the addresses and phone numbers of all witnesses listed in her initial disclosures.

16  According to plaintiff, most of the witnesses are retired United States Postal Service employees and

17  plaintiff does not have access to their contact information.  Defendant has not filed an opposition to the

18  motion.  The Court finds that plaintiff is entitled to this information.  Accordingly, the Court orders

19  defendant to provide plaintiff with the names and addresses of witnesses listed in plaintiff's initial

20  disclosures, if defendant has this information in its possession.  Plaintiff shall treat this information as

21  confidential.  She may use it only in these related civil cases, and shall not publish or otherwise

22  disseminate it.  Defendant shall provide this information within 14 days of the filing of this order.

23         **IT IS SO ORDERED.**

24

25  Dated: August 10, 2009

                                               SUSAN ILLSTON
26                                             United States District Judge

27

28