IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY A. MCDERMOTT,<br><br>　　　　Plaintiff,<br>　v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. 08-03432 SI<br>Related Case: No. C 07-06300 SI<br><br>**ORDER RE: DEFENDANT'S MOTION FOR CLARIFICATION**<br>**[Docket No. 99]** |

Defendant seeks clarification of an order dated August 10, 2009, in which the Court directed defendant to provide plaintiff with the names and addresses of all witnesses listed in plaintiff's initial disclosures, to the extent defendant has such information in its possession. *See* Aug. 10, 2009 Order [Docket No. 97]. The Court hereby clarifies its August 10, 2009 Order as follows.

The August 10, 2009 Order requires defendant to release information only for former employees of the Postal Service. **Defendant shall provide this information within 7 days of the date this order is filed.** Plaintiff should arrange for depositions or interviews of any current Postal Service employees through the Office of the United States Attorney. When defendant provides this information to plaintiff, it may not categorically exclude witnesses who have purportedly raised safety concerns. The witnesses' contact information is subject to a protective order, and defendant has made no showing that the protective order is insufficient. If defendant wishes to raise any specific issues with respect to individual witnesses, it may do so by separate motions.

**IT IS SO ORDERED.**

Dated: October 7, 2009

　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge