IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY A. MCDERMOTT,<br><br>      Plaintiff,<br><br>  v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL,<br><br>      Defendant.<br>_____/ | No. C 08-03432 SI<br><br>**ORDER FINDING MOOT PLAINTIFF'S MOTION TO DISMISS AFFIRMATIVE DEFENSES AND DEFENDANT'S MOTION TO STRIKE** |

On September 28, 2009, plaintiff filed a motion entitled "Plaintiff's Rule 37 Expedited Motion to Dismiss Affirmative Defenses: Sanctions; and Proposed Order." Plaintiff's motion sought an order dismissing defendant's affirmative defenses for failure to comply with the discovery process and ordering defendant to pay sanctions, or in the alternative continuing the trial date and all discovery deadlines. The same day, defendant filed a stipulation continuing the discovery deadlines and other scheduled dates.

As it appears that the relief plaintiff sought in her motion has now been granted by way of stipulation, the Court hereby finds plaintiff's motion to be moot. [Docket Nos. 107, 113].

**IT IS SO ORDERED.**

Dated: November 4, 2009

SUSAN ILLSTON
United States District Judge