Wesley D. Mortensen (SBN 256246)
Dunn & Black, P.S.
111 North Post, Suite 300
Spokane WA  99201
Telephone:  (509) 455-8711
Fax Number:  (509) 455-8734
wmortensen@dunnandblack.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDY A. MCDERMOTT,<br><br>         Plaintiff,<br><br>     v.<br><br>JOHN E. POTTER,<br> U.S. POSTMASTER GENERAL,<br><br>         Defendant. | CIVIL CASE NO.:   **C 08-03432 SI**<br><br>   (Related case No. **C 07-06300 SI**)<br><br>**NOTICE OF APPEARANCE** |

TO:        All parties and counsel of record

AND TO:    The Clerk of the Court

NOTICE OF APPEARANCE  - 1

YOU WILL PLEASE TAKE NOTICE that the firm of Dunn & Black, P.S., by through Wesley D. Mortensen, hereby enters its appearance in the above cause on behalf of Plaintiff Judy A. McDermott, and requests that all further pleadings, except process, be served upon the undersigned at the address above stated.

DATED this 22nd day of October, 2009.

                    DUNN & BLACK, P.S.

                    /s/ WESLEY D. MORTENSEN
                    WESLEY D. MORTENSEN, SBN 256246
                    Attorneys for Plaintiff



IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF APPEARANCE - 2

**Dunn & Black**
A Professional Service Corp.

111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of October, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of such filings to the following:

- **Abraham A. Simmons**
  abraham.simmons@usdoj.gov,raizza.ty@usdoj.gov,lily.c.ho-vuong@usdoj.gov

DUNN & BLACK, P.S.

/s/ WESLEY D. MORTENSEN
WESLEY D. MORTENSEN, SBN 256246
Attorneys for Plaintiff

NOTICE OF APPEARANCE - 3

**Dunn & Black**
A Professional Service Corp.

111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734