1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ABRAHAM A. SIMMONS (SBN 146400)
   Assistant United States Attorney
4  MELANIE PROCTOR (SBN 228971)
   Assistant United States Attorney
5
          450 Golden Gate Avenue, 9th Floor
6         San Francisco, California 94102-3495
          Telephone:    (415) 436-7264
7         Facsimile:    (415) 436-6748
          Email:        abraham.simmons@usdoj.gov
8         Email:        melanie.proctor@usdoj.gov
9  Attorneys for Federal Defendant

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13  JUDY A. McDERMOTT,                )    No. C 08-3432 SI (MEJ)
                                      )
14                    Plaintiff,      )    [RELATED CASE No. C 07-6300 SI]
                                      )
15          v.                        )    JOINT MOTION TO CONTINUE STATUS
                                      )    CONFERENCE; ~~PROPOSED~~ ORDER
16  JOHN E. POTTER, POSTMASTER        )
    GENERAL,                          )
17                                    )
                      Defendant.      )
18  _____ )

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

On May 25, 2010, the parties reached a settlement.  The Court scheduled a status conference on November 17, 2010, for the parties to report whether the settlement had been paid.  There is one administrative matter remaining which cannot be resolved until Plaintiff files her tax return for 2010. Accordingly, the parties request the Court to continue the status conference scheduled for November 17, 2010, to April 20, 2011, at 10:00 a.m.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: November 16, 2010

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
ABRAHAM SIMMONS
Assistant United States Attorney
Attorneys for the Federal Defendant

Dated: November 16, 2010

_____/s/_____
ROBERT A. DUNN
Attorney for Plaintiff

## PROPOSED ORDER

IT IS SO ORDERED.  The status conference currently scheduled on November 17, 2010 is hereby CONTINUED to April 20, 2011, at 10:00 a.m.

Dated: November 16, 2010

_____
HON. MARIA ELENA JAMES
Chief Magistrate Judge
United States District Court,
  Northern District of California

---

[1]I, Melanie L. Proctor, hereby attest that I have gained the concurrence of all signatories in the filing of this e-filed document.

JOINT MOTION TO CONTINUE STATUS CONFERENCE
No. C 08-3432 SI (MEJ)